UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sandra Baxter

        Plaintiff(s),

v.

Credit Consulting Services, Inc., and Herendeen & Bryan

        Defendant(s).

No. C C 08 02532 RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 3, 2008

Andrew M. Steinheimer

Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06