1  Jeremy S. Golden (SBN 228007)
   Law Offices of Eric F. Fagan
2  2300 Boswell Rd., Suite 211
3  Chula Vista, CA 91914
   jeremy@efaganlaw.com
4  Tel: 619-656-6656; Fax: 775-898-5471
5  Attorney for Plaintiff SANDRA BAXTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BAXTER, | ) Case No.: C08-02532 RS |
| | ) |
| Plaintiff | ) **REQUEST TO APPEAR** |
| | ) **TELEPHONICALLY TO THE CASE** |
| v. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| CREDIT CONSULTING SERVICES, | ) Time: 2:30 PM |
| INC., a corporation; HERENDEEN & | ) Date: September 10, 2008 |
| BRYAN, a professional corporation; | ) |
| and DOES 1 through 10 inclusive, | ) |
| | ) |
| Defendants. | ) The Hon. Richard Seeborg |
| | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Because counsel for the plaintiff SANDRA BAXTER are located in San Diego County, California, counsel respectfully requests to be allowed to appear at the September 10, 2008 Case Management Conference via telephone from their office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

Dated 9/3/2008

           ___/S/ Jeremy S. Golden _____
           Jeremy S. Golden, Attorney for Plaintiff

1

Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BAXTER, | ) Case No.: C08-02532 RS |
| | ) |
| Plaintiff | ) **PROPOSED ORDER** |
| | ) |
| v. | ) Time: 2:30 PM |
| | ) Date: September 10, 2008 |
| CREDIT CONSULTING SERVICES, | ) |
| INC., a corporation; HERENDEEN & | ) |
| BRYAN, a professional corporation; | ) |
| and DOES 1 through 10 inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) The Hon. Richard Seeborg |
| | ) |

The court Hereby grants the request for Jeremy S. Golden to appear at the above-mentioned Scheduling Conference telephonically pursuant to the following procedure:

[the court will initiate the conference by calling Plaintiff's counsel at the time of the hearing at 619-656-6656]

OR

[Plaintiff's counsel is directed to call the court at _____ at the time of the hearing]

Date:_____                    _____
                                        Honorable Richard Seeborg

1

**PROPOSED ORDER**