# UNITED STATES DISTRICT COURT
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        408.535.5364

### September 4, 2008

**CASE NUMBER:  CV 08-02532 RS**
**CASE TITLE:  SANDRA BAXTER-v-CREDIT CONSULTING SERVICES INC., ET AL.**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09/03/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                      Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 09/04/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA