Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

\*\*E-Filed 10/3/08\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANDRA BAXTER, ) Case No.: C08-02532-JF-RS
 )
    Plaintiff ) ~~PROPOSED~~ ORDER
 )
v. ) Time: 10:30 AM
 ) Date: October 10, 2008
CREDIT CONSULTING SERVICES, )
INC., a corporation; HERENDEEN & )
BRYAN, a professional corporation; )
and DOES 1 through 10 inclusive, )
 )
    Defendants. )
 ) The Hon. Jeremy Fogel
_____ )

The court Hereby grants the request for Jeremy S. Golden to appear at the above-mentioned Case Management Conference telephonically pursuant to the following procedure:

~~[the court will initiate the conference by calling Plaintiff's counsel at the time of the hearing at 619-656-6656]~~

~~OR~~

[Plaintiff's counsel is directed to ~~call the court at~~ contact Court Call at 866-582-6878 PRIOR to _____ at the time of the hearing]

Date: 10/3/08                    _____
                                 Honorable Jeremy Fogel

1

**PROPOSED ORDER**