Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

**E-Filed 10/9/08**

Attorneys for Defendants CREDIT CONSULTING SERVICES, INC. AND HERENDEEN & BRYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| SANDRA BAXTER,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., a corporation; HERENDEEN & BRYAN, a professional corporation; and DOES 1 through 10 inclusive, | Case No.:  C 08 02532 JF<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>DATE:        October 10, 2008<br>TIME:         10:30 a.m.<br>CRTROOM:  ~~8, 4th Floor~~  3, 5th Floor<br>HON. JEREMY FOGEL |

The court hereby grants the request of Darrell W. Spence to appear at the above-mentioned hearing telephonically.  IT IS SO ORDERED. **Counsel is directed to contact Courtcall at 866-582-6878 to arrange for telephonic appearance.

Date:  __10/9/08_____, 2008

_____
The Hon. Jeremy Fogel

- 1 -

PROPOSED ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE