Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
asteinheimer@ecplslaw.com
dspence@ecplslaw.com

**E-Filed 12/8/08**

Attorneys for Defendants CREDIT CONSULTING SERVICES, INC. and HERENDEEN & BRYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| SANDRA BAXTER,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., a corporation; HERENDEEN & BRYAN, a professional corporation; and DOES 1 through 10 inclusive, | Case No.: C 08 02532 JF<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>DATE:   December 12, 2008<br>TIME:   10:30 a.m.<br>JUDGE:  Hon. Jeremy Fogel |

ORDER

Pursuant to the Stipulation and Request of the Parties, it is hereby ordered that the Case Management Conference currently scheduled for December 12, 2008 at 10:30 a.m., is off calendar. A further Case Management Conference will be conducted on January 9, 2009 at 10:30 a.m.

IT IS SO ORDERED.

Dated: 12/5/08

_____
Honorable Jeremy Fogel
Judge of the United States District Court

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE