Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
asteinheimer@ecplslaw.com
dspence@ecplslaw.com

Attorneys for Defendants CREDIT CONSULTING SERVICES, INC. AND HERENDEEN & BRYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| SANDRA BAXTER,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., a corporation; HERENDEEN & BRYAN, a professional corporation; and DOES 1 through 10 inclusive, | Case No.: C 08 02532 JF<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION<br><br>DATE: January 5, 2009<br>TIME: 10:00 a.m.<br>MEDIATOR: Gregory D. Walker |

Good cause existing, the Court hereby ~~grants defendant's request for permission to appear at the mediation by telephone and hereby~~ excuses defendant's insurance representative from personal appearance at the mediation session scheduled for January 5, 2009. Defendant's insurance representative is required to be immediately available by telephone for the duration of the mediation.

IT IS SO ORDERED.

Date: 12/16, 2008

_____
Magistrate Judge Wayne D. Brazil
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION