\*\*E-Filed 1/7/09\*\*

Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants CREDIT CONSULTING SERVICES, INC. AND HERENDEEN & BRYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| SANDRA BAXTER,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., a corporation; HERENDEEN & BRYAN, a professional corporation; and DOES 1 through 10 inclusive, | Case No.: C 08 02532 JF<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>DATE:     January 9, 2009<br>TIME:     10:30 a.m.<br>CRTROOM: 8, 4th Floor<br>HON. JEREMY FOGEL |

The court hereby grants the request of Andrew M. Steinheimer to appear at the above-mentioned hearing telephonically. IT IS SO ORDERED.

Date: __1/7/09__, 2009            _____
                                  The Hon. Jeremy Fogel

- 1 -

PROPOSED ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE